## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF KANSAS

| | |
|---|---|
| **CHRISTINE FALTYNOWSKI,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **Case No. 05-2292-KHV** |
| ) | |
| **PERFORMANCE CONTRACTING** ) | |
| **GROUP, INC., MICK MATTHEWS,** ) | |
| **JIM MARCHAND, and JOE ARNONE,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER OF DISMISSAL WITH PREJUDICE

FOR GOOD CAUSE SHOWN, the parties' Motion to Dismiss with Prejudice (Doc. #31) is GRANTED. IT IS HEREBY ORDERED that the above captioned action is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

SO ORDERED.

Date: January 5, 2006                    s/ Kathryn H. Vratil
                                        Kathryn H. Vratil
                                        United States District Judge